### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THOMAS J. KELLY,

       Plaintiff,

v.                            CASE NO.  4:04cv437-RH/WCS

GLENDA HOOD, etc.,

       Defendant.

_____/

### ORDER ALLOWING SUPPLEMENTAL FILING ON STANDING

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 11), and the objections thereto (document 12).  I have reviewed *de novo* the issues raised by the objections.

I conclude that, for the reasons set forth in the Report and Recommendation, plaintiff has failed to allege or establish that he has standing to pursue the claims set forth in the amended complaint.  In order to avoid any issue concerning whether plaintiff has been afforded sufficient opportunity to establish standing, he will be given one final opportunity to do so.

Accordingly,

IT IS ORDERED:

By May 31, 2005, plaintiff may file a supplemental memorandum in opposition to defendant's motion to dismiss addressing solely the issue of standing. Plaintiff may file any material deemed appropriate in support of his assertion of standing. If plaintiff asserts that any individual was prohibited or deterred from contributing to plaintiff's campaign by the Democratic Party loyalty oath at issue, plaintiff may file an affidavit or declaration from such person or otherwise identify the person and the basis for claiming the person was prohibited or deterred from making such a contribution. If plaintiff asserts he has suffered any other injury in fact, or suffers a real and not hypothetical risk of suffering such injury in the future, plaintiff may identify the injury with specificity. Unless plaintiff establishes that he has suffered or will suffer injury in fact as a result of enforcement of the loyalty oath, this action will be dismissed for lack of standing.

SO ORDERED this 9th day of May, 2005.

s/Robert L. Hinkle
Chief United States District Judge