# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THOMAS J. KELLY,

    Plaintiff,

v.                                                                       CASE NO. 4:04cv437-RH/WCS

GLENDA HOOD, etc.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 11) and the objections thereto (document 12). The Report and Recommendation concludes that this action should be dismissed for lack of standing. In order to avoid any contention that plaintiff had been afforded insufficient opportunity to address the standing issue, I entered an order (document 13) allowing plaintiff to file a supplemental memorandum and any materials he deemed appropriate on the issue of standing. Plaintiff did so. (Document 14.) I now have reviewed *de novo* the issues raised by plaintiff's objections to the Report and Recommendation and by his supplemental memorandum and supporting

materials.

I conclude that dismissal for lack of standing is plainly appropriate under the governing law, including, most significantly, the decision of the United States Court of Appeals for the Eleventh Circuit in an earlier case brought by this same plaintiff challenging the same Democratic Party loyalty oath that he challenges in the case at bar.  *See Kelly v. Harris*, 331 F.3d 817 (11th Cir. 2003).  There are differences in the arguments framed by plaintiff in the two cases, but none that call for a different result on the issue of standing.  Accordingly,

IT IS ORDERED:

1.  The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.

2.  Defendant's motion to dismiss (document 5) is GRANTED.

3.  All other pending motions are DENIED as moot.

4.  The clerk shall enter judgment stating, "This action is dismissed for lack of standing."

5.  The clerk shall close the file.

SO ORDERED this 7th day of June, 2005.

           s/Robert L. Hinkle
           Chief United States District Judge

*Case No: 4:04cv437-RH/WCS*